**MARC D. BLACKMAN**, OSB No. 730338
E-mail: marc@ransomblackman.com
**KENDRA M. MATTHEWS**, OSB No. 965672
E-mail: kendra@ransomblackman.com
RANSOM BLACKMAN LLP
1400 Congress Center
1001 S.W. Fifth Avenue
Portland, Oregon 97204-1144
Telephone: [503] 228-0487
Facsimile: [503] 227-5984

Of Attorneys for Defendant Jonathan Christopher Mark Paul

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | NO. CR 06-60125-AA |
| Plaintiff, | NO. CR 06-60011-AA |
| v. | **ORDER GRANTING DEFENDANT PAUL'S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AS SATISFYING RESTITUTION OBLIGATION** |
| **JONATHAN CHRISTOPHER MARK PAUL**, | |
| Defendant. | |

On March 15, 2007, this matter came on for hearing before the Hon. Ann Aiken on Defendant Paul's Motion for Approval of Settlement Agreement as Satisfying Restitution Obligation; plaintiff appearing by and through Assistant United States Attorney Kirk Engdall; plaintiff, having waived and been excused from personally appearing, appearing by and through his attorneys Ransom Blackman LLP and Marc D. Blackman; the Victim, One Beacon Insurance Company aka North Pacific Insurance

Page 1 - ORDER APPROVING DEFENDANT PAUL'S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AS SATISFYING RESTITUTION OBLIGATION

Company, appearing by and through its attorneys Smith, Freed, and Eberhard, P.C. and Paul J. Vames; the other defendants appearing not.

The Court having received and reviewed Defendant Paul's Motion and having confirmed that the government and the Victim support the approval of the settlement agreement between defendant Paul and the Victim as satisfying defendant Paul's restitution obligation in the above-referenced cases, and now being fully advised:

Pursuant to 18 U.S.C. §§3363, 3663A, and 3664, IT IS ORDERED that the Settlement Agreement and Mutual Release, a draft copy of which was appended to defendant Paul's Motion for Approval of Settlement Agreement as Satisfying Restitution Obligation, is hereby approved and accepted as fully discharging and satisfying defendant Paul's restitution obligation in the above-referenced cases.

Dated this _____ day of March, 2007.

_____
HON. ANN AIKEN
United States District Court Judge

Submitted by:

RANSOM BLACKMAN LLP


/s/ MARC D. BLACKMAN
MARC D. BLACKMAN
OSB No. 730338
[503] 228-0487
Of Attorneys for Defendant Paul

Page 2 -   ORDER APPROVING DEFENDANT PAUL'S MOTION FOR APPROVAL
           OF SETTLEMENT AGREEMENT AS SATISFYING
           RESTITUTION OBLIGATION

RANSOM BLACKMAN LLP
1001 S.W. Fifth Avenue, Suite 1400
Portland, Oregon 97204-1144
Telephone: 503-228-0487
Facsimile: 503-227-5984

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing ORDER APPROVING DEFENDANT PAUL'S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AS SATISFYING RESTITUTION OBLIGATION on the following by e-mail to the e-mail addresses set forth below and by causing to be mailed a full and correct copy thereof, contained within a sealed envelope, addressed as below stated, with first class postage thereon prepaid, deposited in the United States mail at Portland, Oregon, on the 26th day of March, 2007.

| | |
|---|---|
| Mr. John C. Ray, Esq. | john.ray@usdoj.gov |
| Mr. Kirk A. Engdall, Esq. | kirk.engdall@usdoj.gov |
| Assistant United States Attorneys | |
| United States Attorney's Office | |
| 405 East 8th Street | |
| Eugene, OR 97401 | |

| | |
|---|---|
| Mr. Stephen F. Peifer, Esq. | steve.peifer@usdoj.gov |
| Assistant United States Attorney | |
| United States Attorney's Office | |
| 1000 S.W. Third Avenue | |
| Portland, OR 97204-2902 | |

Of Attorneys for the United States

| | |
|---|---|
| Mr. Paul J. Vames, Esq. | PVames@smithfreed.com |
| Smith, Freed & Eberhard, P.C. | |
| 1001 S.W. Fifth Avenue | |
| 17th Floor | |
| Portland, OR 97204 | |

Of Attorneys for One Beacon Insurance Company

| | |
|---|---|
| Mr. Lynn Purdue | Lynn_Purdue@orp.uscourts.gov |
| Sr. United States Probation Officer | |
| 405 East 8th Street | |
| Eugene, OR 97401 | |

**RANSOM BLACKMAN LLP**
1001 S.W. Fifth Avenue, Suite 1400
Portland, Oregon 97204-1144
Telephone: 503-228-0487
Facsimile: 503-227-5984

| | | |
|---|---|---|
| 1 | Ms. Nichole Houchins | Nichole_Houchins@ord.uscourts.gov |
| 2 | United States Pretrial Services Office<br>310 West Sixth, Room 106<br>Medford, OR 97501 | |
| 3 | | |
| 4 | Craig E. Weinerman | craig_weinerman@fd.org |
| 5 | Office of the Federal Public Defender<br>151 W. 7th<br>Suite 510 | |
| 6 | Eugene, OR 97401 | |

   Of Attorneys for Defendant Chelsea Gerlach

| | | |
|---|---|---|
| 8 | Lee D. Foreman | ldforeman@hmflaw.com |
| 9 | Haddon, Morgan, Mueller, Jordan,<br>    Mackey & Foreman, P.C.<br>150 E. 10th Avenue | |
| 10 | Denver, CO 80203 | |
| 11 | Shaun S. McCrea | smccrea@callatg.com |
| 12 | McCrea, PC<br>1147 High Street<br>Eugene, OR 97401 | |

   Of Attorneys for Defendant Kendall Tankersley

| | | |
|---|---|---|
| 15 | Amanda E Lee | lee@sgb-law.com |
|    | Jeffery P. Robinson | robinson@sgb-law.com |
| 16 | Schroeter, Goldmark & Bender<br>810 Third Avenue | |
| 17 | Suite 500<br>Seattle, WA 98104 | |
| 19 | Kelly R. Beckley | kbeckley@beckley-law.com |
| 20 | Beckley Law Firm<br>P.O. Box 11098<br>Eugene, OR 97440-3298 | |

   Of Attorneys for Defendant Daniel McGowan

23  //

Page    CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Richard L Fredericks<br>750 Lawrence Street | rlfred@comcast.net |
| 2 | Suite 2<br>Eugene, OR 97401 | |
| 3 | | |
| 4 | Terri Wood<br>Law Office of Terri Wood, PC | twood@callatg.com |
| 5 | 730 Van Buren Street<br>Eugene, OR 97402 | |
| 6 | | |
| 7 | Of Attorneys for Defendant Stanislas Gregory Meyerhoff | |
| 8 | John Joseph Kolego<br>John J. Kolego, P.C. | johnkolego@yahoo.com |
| 9 | 804 Pearl Street<br>Eugene, OR 97401 | |
| 10 | | |
| 11 | Of Attorneys for Defendant Suzanne Nicole Savoie | |
| 12 | Daniel L. Feiner<br>1030 NW 12th Avenue | dan@danfeiner.com |
| 13 | Unit 5<br>Portland, OR 97209 | |
| 14 | | |
| 15 | Of Attorneys for Defendant Darren Thurston | |
| 16 | Marc P. Friedman<br>Marc P. Friedman, Attorney at Law | mpfriedma@yahoo.com |
| 17 | 245 West 13th Avenue<br>P.O. Box 11167 | |
| 18 | Eugene, OR 97440 | |
| 19 | Of Attorneys for Defendant Kevin Tubbs | |
| 20 | John E. Storkel<br>John E. Storkel, PC | oceanpoet@comcast.net |
| 21 | 1415 Liberty Street, S.E.<br>Salem, OR 97302 | |
| 22 | | |
| | Of Attorneys for Defendant Nathan Fraser Block | |
| 23 | | |

Page CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | William R. Sharp | sharp3223@comcast.net |
| 2 | 1342 High Street, 2nd Floor<br>Eugene, OR 97401 | |
| 3 | Of Attorneys for Defendant Joyanna L. Zacher | |
| 4 | RANSOM BLACKMAN LLP | |
| 5 | | |
| 6 | /s/ MARC D. BLACKMAN | |
| 7 | MARC D. BLACKMAN<br>OSB No. 730338<br>[503] 228-0487 | |
| 8 | Of Attorneys for Defendant Paul | |

Page  CERTIFICATE OF SERVICE