1  **MARC D. BLACKMAN**, OSB No. 730338
   E-mail: marc@ransomblackman.com
2  RANSOM BLACKMAN LLP
   1400 Congress Center
3  1001 S.W. Fifth Avenue
   Portland, Oregon  97204-1144
4  Telephone:   [503] 228-0487
   Facsimile:   [503] 227-5984
5

6       Of Attorneys for Defendant Jonathan Christopher Mark Paul

7

8                     **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF OREGON**

10 | **UNITED STATES OF AMERICA**, | ) | NO. CR 06-60125-AA |
   |---|---|---|
   |  | ) | NO. CR 06-60011-AA |
   | Plaintiff, | ) |  |
   |  | ) | **ORDER MODIFYING** |
   | v. | ) | **ORDER DIRECTING** |
   |  | ) | **CHARLES SCHWAB &** |
   | **JONATHAN CHRISTOPHER MARK PAUL,** | ) | **CO., INC. TO HOLD FUNDS** |
   |  | ) |  |
   | Defendant. | ) |  |

15

16       Pursuant to 18 U.S.C. §3142(c), upon Motion of defendant Jonathan Christopher

17 Mark Paul, by and through his attorneys Ransom Blackman LLP and Marc D.

18 Blackman, and with the approval of the United States Attorney:

19 //

20 //

21 //

22 //

23

Page   1 -   ORDER MODIFYING ORDER DIRECTING CHARLES SCHWAB & CO.,
             INC. TO HOLD FUNDS

IT IS HEREBY ORDERED that the Order Directing Charles Schwab & Co., Inc. to Hold Funds is MODIFIED AS FOLLOWS:

> Notwithstanding said Order, Charles Schwab & Co., Inc. is HEREBY AUTHORIZED TO DISBURSE TO THE DEFENDANT THE ANNUAL, MANDATORY DISBURSEMENT FROM CHARLES SCHWAB & CO. INDIVIDUAL RETIREMENT ACCOUNT 8135-9149.

DATED this _____ day of _____, 2007.

_____
HON. ANN AIKEN
United States District Judge

Presented by:

RANSOM BLACKMAN LLP

/s/ MARC D. BLACKMAN
MARC D. BLACKMAN, OSB No. 730338
1001 S.W. Fifth Avenue, Suite 1400
Portland, Oregon 97204
Telephone: (503) 228-0487
Facsimile: (503) 227-5984

Of Attorneys for Defendant Jonathan Christopher Mark Paul

Page 2 - ORDER MODIFYING ORDER DIRECTING CHARLES SCHWAB & CO., INC. TO HOLD FUNDS

**RANSOM BLACKMAN LLP**
1001 S.W. Fifth Avenue, Suite 1400
Portland, Oregon 97204-1144
Telephone: 503-228-0487
Facsimile: 503-227-5984

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing ORDER MODIFYING ORDER DIRECTING CHARLES SCHWAB & CO., INC. TO HOLD FUNDS on the following by electronic case filing notice and/or e-mail to the e-mail addresses set forth below on the 25th day of September, 2007.

| | |
|---|---|
| Mr. John C. Ray, Esq. | john.ray@usdoj.gov |
| Mr. Kirk A. Engdall, Esq. | kirk.engdall@usdoj.gov |
| Assistant United States Attorneys | |
| United States Attorney's Office | |
| 701 High Street | |
| Eugene, OR 97401 | |
| | |
| Mr. Stephen F. Peifer, Esq. | steve.peifer@usdoj.gov |
| Assistant United States Attorney | |
| United States Attorney's Office | |
| 1000 S.W. Third Avenue | |
| Portland, OR 97204-2902 | |
| | |
| Mr. Ron A. Wodehouse | Ron_Wodehouse@ord.uscourts.gov |
| United States Pretrial Services Office | |
| 310 West Sixth, Room 106 | |
| Medford, OR 97501 | |

RANSOM BLACKMAN LLP

/s/ MARC D. BLACKMAN
MARC D. BLACKMAN, OSB No. 730338
[503] 228-0487
Of Attorneys for Defendant Paul

RANSOM BLACKMAN LLP
1001 S.W. Fifth Avenue, Suite 1400
Portland, Oregon 97204-1144
Telephone: 503-228-0487
Facsimile: 503-227-5984